# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Tiffany C. Dunn                                    Docket No. 5:13-MJ-1661-1

**Petition for Action on Probation**

      COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tiffany C. Dunn, who, upon an earlier plea of guilty to 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired - Level 1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on January 7, 2014, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall surrender North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

4. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

5. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days as arranged by the probation office.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant committed the offense of Driving While License Revoked and Cancelled/Revoked/Suspended Certificate/Tag on July 12, 2014, in Cumberland County, North Carolina. The defendant was chaptered out of the Army for her instant offense and recently became homeless. She was able to file for emergency section 8 housing and was approved in early July for housing. When the defendant was caught driving, she stated she was trying to get her belongings moved into her new residence and made the bad decision to drive. The defendant is enrolled in cosmetology school and is caring for a husband and two children. She has been productive with her time on probation and has completed all of her special conditions. As a sanction for this conduct, it is recommended that the defendant complete 24 hours of community service.

Tiffany C. Dunn
Docket No. 5:13-MJ-1661-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: August 5, 2014 |

## ORDER OF COURT

Considered and ordered this  5th  day of   August  , 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge